**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **IGNACIO DAQUILEMA** | **CIVIL CASE NO. 26-cv-1219 - SEC. P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BRIAN ACUNA, ET AL** | **MAGISTRATE JUDGE HORNSBY** |

# ORDER OF DISMISSAL

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. 1] filed by Ignacio Daquilema ("Petitioner"). At the time of filing, Petitioner was an immigration detainee at the Jackson Parish Correctional Center in Jonesboro, Louisiana.

On October 8, 2026, the Government filed a Motion to Dismiss. [Doc. 11]. Petitioner was removed from the United States to Ecuador on July 30, 2026. Counsel for Petitioner did not file a memorandum in opposition to the Motion to Dismiss.

An alien who has been finally removed from the United States is not "in custody," as required for a court to have the power to grant a writ of habeas corpus. *See Merlan v. Holder*, 667 F.3d 538 (5th Cir. 2011); 28 U.S.C. § 2241.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Dismiss [Doc. 11] is GRANTED and the Petition for the Writ of Habeas Corpus [Doc. 1] is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS, DONE AND SIGNED in chambers on this 3rd day of November, 2026.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE